MATTHEW R. EASON, Esq., Cal. Bar No. 160148
KYLE K. TABORNINI, Esq., Cal. Barn No. 160538
**EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
Sacramento, CA 95814
(916) 438-1819
Facsimile (916) 438-1820
Matthew@capcityLaw.com
https://www.capcitylaw.com

Attorneys for Plaintiff, Cora Monson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| CORA MONSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HOME DEPOT U.S.A., INC., and Does 1-25 inclusive,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-01371-MCE-CKD<br><br>**JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF AND RELATED DATES; ORDER** |

　　　　Comes now Plaintiff Cora Monson by and through her counsel Matthew R. Eason and Home Depot, U.S.A., Inc. by and through its counsel Zachary S. Tolson, and jointly apply to the court for an order extending the discovery cut-off and related dates, and state as follows:

　　　　1.　　This is an action for personal injuries based on theories of negligence on Defendant's premises.

　　　　2.　　The action was removed to this court on July 5, 2017.

　　　　3.　　On July 7, 2017, the Honorable Morrison C. England, Jr. issued his initial pretrial scheduling order, a portion of which stated "All discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date the federal case was opened." The 365th day will be July 5, 2018.

4. The Plaintiff has had several shoulder surgeries, and within the last thirty days, Plaintiff was required to have another surgery for her injuries and is still recovering from that surgery. Because of the uncertainty of the success of that surgery, Defendant postponed the taking of her deposition to allow for her to recover and to see if her injuries have reached maximum medical recovery.

5. The Plaintiff's deposition is scheduled for June 12, 2018, and the parties have agreed to attend mediation on August 29, 2018, before the Hon Cecily Bond, Ret. The parties agree that the last day to complete mediation is August 31, 2018.

6. Plaintiff needs to take the deposition of several employees of Defendant, and an independent witnesses that was present at the time.

7. The liability facts are fairly straightforward, and the Plaintiff and Defendant can each reasonably anticipate arguments for and against liability. In that light, both attorneys are of the agreement that it would make economic sense to attend mediation before incurring those additional expenses costs for both sides.

8. Wherefore the parties request that discovery cut-off be extended to November 30, 2018, with the corresponding dates in the Initial Pre-Trial order to be extended accordingly, including the expert disclosure and discovery deadlines and pre-trial conference dates, or as the court otherwise sees fit.

Wherefore, the parties respectfully request the discovery cut-off be extended to

Dated: May 21, 2018  Eason & Tambornini, ALC

/s/ *MATTHEW R. EASON*

By: _____
Matthew R. Eason
Attorneys for Plaintiff

Dated: 5/21/2018May 21, 2018        Goodman Neuman Hamilton, LLP

/s/ *ZACHARY S. TOLSON*

By: _____
    Zachary S. Tolson
    Attorneys for Defendant

ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the above Joint Application to Extend Discovery Cut-Off and Related Dates is hereby GRANTED.

IT IS SO ORDERED.

Dated: May 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE